IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOE R. BRAWLEY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **05-911-WDS** |
| | ) |
| **U. S. BANK, N.A.,** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**PROUD, Magistrate Judge:**

Before the Court is the parties' Joint Motion to Extend Discovery Deadline and Dispositive Motion Deadline. **(Doc. 21)**.

Under the current scheduling order, discovery is to be completed by November 3, 2006, and dispositive motions are to be filed by November 20, 2006. The parties state that they have agreed to extend these deadlines. They do not give any explanation of why these deadlines cannot be met. The Court notes that plaintiff's counsel filed a motion to withdraw at the same time that this motion was filed.

This case has been assigned a presumptive trial month of March, 2007. The current schedule is dictated by the District's local rules. See, SDIL-LR 7.1(f); 16.2(a). Without a showing of good cause for failure to meet the original schedule, the Court is unable to permit more than a short extension of the deadlines.

Upon consideration and for good cause shown, the parties' Joint Motion to Extend Discovery Deadline and Dispositive Motion Deadline **(Doc. 21)** is **GRANTED as follows:**

1. All discovery shall be completed by **November 30, 2006.**

2.   Dispositive motions shall be filed no later than **December 7, 2006.**

3.   Responses to dispositive motions shall be filed no later than **January 6, 2007.**

4.   The presumptive trial month remains **March, 2007.**

**IT IS SO ORDERED.**

**DATE:  November 13, 2006.**

                                                **s/ Clifford J. Proud**
                                                **CLIFFORD J. PROUD**
                                                **UNITED STATES MAGISTRATE JUDGE**