**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JOE R. BRAWLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 05-911-WDS |
| | ) | |
| U.S. BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

**STIEHL, District Judge:**

This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: November 29, 2006.**

                                                    **s/ WILLIAM D. STIEHL**
                                                          DISTRICT JUDGE

Case reassigned to United States District Judge James L. Foreman. All future pleadings shall bear Case No. 05-911-JLF.