IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JOE R. BRAWLEY,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. **05-911-JLF** |
| | ) | |
| v. | ) | CJRA Track: **B** |
| | ) | |
| **U. S. BANK, N.A.,** | ) | Presumptive Trial Month: |
| | ) | **July, 2007** |
| Defendant. | ) | (Benton) |

### AMENDED SCHEDULING AND DISCOVERY ORDER

On the Court's own motion, and after consultation with Judge Foreman, the Court enters the following amended scheduling order:

1. The parties may undertake additional discovery. All discovery shall be completed by **March 8, 2007.**

2. Dispositive motions shall be filed no later than **March 23, 2007.**

3. The presumptive trial month is **July, 2007.**

The Court will not schedule a settlement conference at this time. The parties should contact Law Clerk Joan Tanner at 482-9006 should **all** parties agree at a later date that they desire to participate in a settlement conference.

A Final Pretrial Conference will be set before District Judge James L. Foreman in accordance with **SDIL-LR 16.2(b)**.

The parties should make every effort to adhere to this schedule, as it is unlikely that the schedule will be modified.

**IT IS SO ORDERED.**

DATED: December 11, 2006.

                                                            s/ Clifford J. Proud
                                                            **CLIFFORD J. PROUD**
                                                            **UNITED STATES MAGISTRATE JUDGE**