IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOE R. BRAWLEY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **05-911-JLF** |
| | ) |
| **U. S. BANK, N.A.,** | ) |
| | ) |
| Defendant. | ) |

### ORDER

**PROUD, Magistrate Judge:**

Before the court is plaintiff's Order Request, which the court construes as a Motion for Discovery. **(Doc. 31)**.

Plaintiff asks the court to order the production of various records in the possession of defendant and of the Federal Trade Commission. Such a request should not be filed with the court. The discovery process generally takes place between the parties without court involvement. The court becomes involved in the discovery process only when a party objects to a discovery request.

If plaintiff wants defendant to produce documents, he should serve a request for production of documents on defendant be mailing it to defendant's attorney. If plaintiff wants documents to be produced by a nonparty, such as the FTC, he may serve a subpoena requiring production of the desired materials.

The court notes that plaintiff requests a copy of his former attorney's file. This request should be made directly to the attorney.

Lastly, plaintiff requests fax numbers and e-mail addresses for the court. All such

1

information can be obtained from the court's website at www.ilsd.uscourts.gov.  However, the court cautions plaintiff that any communication with the court must be done in writing (on paper), with a copy mailed to defendant's attorney.

Upon consideration and for good cause shown, plaintiff's Order Request, construed as a Motion for Discovery **(Doc. 31)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE:  December 11, 2006.**


<u>**Clifford J. Proud**</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**