# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOE R. BRAWLEY,                  ) | |
|                                              ) | |
|         Plaintiff,                    ) | |
| vs.                                       ) | Case No. 05-CV-911-JPG |
|                                              ) | |
| U.S. BANK, N.A.,                ) | |
|                                              ) | |
|         Defendant.              ) | |

## JUDGMENT

In accordance with the Order entered this day, this action is **DISMISSED** with prejudice.  Judgment is entered in favor of defendant and against plaintiff.


                                                          **NORBERT G. JAWORSKI, CLERK OF COURT**

**January 31, 2007.**                                **By: s/Deborah Agans,**
*Date*                                                         *Deputy Clerk*

**Approved:** *s/ J. Phil Gilbert*            **EOD:** 1/31/07